# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| Arthur Usina, Jr.<br><br>  Plaintiff,<br><br>v.<br><br>Pinnacle Asset Group, LLC<br><br>  Defendant. | Case No. 1:11-cv-23984-DLG<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, by and through counsel, gives Notice that the parties in the above-captioned matter have reached a settlement. Plaintiff anticipates being in a position to file a Notice of Dismissal with prejudice within 30 days to allow for the parties to execute the settlement agreement.

RESPECTFULLY SUBMITTED,

Macey Bankruptcy Law, P.C.

By:   /s/ Adela D. Estopinan
   Adela D. Estopinan
   Bar # 25939
   701 SW 27th Avenue, #1209
   Miami, FL 33135
   Telephone:  866-339-1156
   Email: aestopinan@maceybankruptcylaw.com
   Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2012 a copy of the foregoing Notice was filed electronically.  Notice of this filing was sent by placing a copy of the same in the U.S. Mail on January 17, 2012, addressed as follows:

Raymond C. Stilwell
The Law Center Building
17 Beresford Court
Williamsville, NY 14221
*Attorney for Defendant*

/s/ Adela D. Estopinan