# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| Arthur Usina, Jr. | |
| Plaintiff, | Case No. 1:11-cv-23984-DLG |
| v. | |
| Pinnacle Asset Group, LLC | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey Bankruptcy Law, P.C.

By:    /s/ Adela D. Estopinan
    Adela D. Estopinan
    Bar # 25939
    701 SW 27th Avenue, #1209
    Miami, FL 33135
    Telephone:  866-339-1156
    Email:  aestopinan@maceybankruptcylaw.com
    Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2012 a copy of the foregoing Notice was filed electronically.  Notice of this filing was sent by placing a copy of the same in the U.S. Mail on February 1, 2012, addressed as follows:

Raymond C. Stilwell  
The Law Center Building  
17 Beresford Court  
Williamsville, NY 14221  
*Attorney for Defendant*

                                         /s/ Adela D. Estopinan